UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| HANGZHOU JIANJIA HOUSEHOLD PRODUCTS COMPANY LIMITED,<br>　　　　　Plaintiff,<br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　Defendants. | Civil Action No. 2:24-cv-01134<br><br>Honorable John Robert J. Colville<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Hangzhou Jianjia Household Products Company Limited, and or their counsel(s), hereby give notice that the following defendant listed in Schedule "A" of the above-captioned action is dismissed without prejudices.

- Heartsphere (Defendant No. 12)
- UZZO-PHEZEN (Defendant No. 25)

　　Rule 41(a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action.

Dated:  November 4, 2024

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Xiyan Zhang*
　　　　　　　　　　　　　　　　　　　　　　Xiyan Zhang
　　　　　　　　　　　　　　　　　　　　　　Stratum Law LLC
　　　　　　　　　　　　　　　　　　　　　　2424 E. York St. Ste. 223
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA, 19125
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*